IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JULIE'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV853 |
| | ) | |
| THE HANOVER INSURANCE GROUP, | ) | |
| INC. and THE HANOVER AMERICAN | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on June 7, 2021, was served on the parties in this action. [Docs. #25, 26.] Plaintiff filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. #27].

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Doc. #17] is GRANTED and this action is dismissed with

prejudice.  A judgment dismissing the action will be entered contemporaneously with this Order.

This the 19th day of November, 2021.

<u>/s/ N. Carlton Tilley, Jr.</u>
Senior United States District Judge